UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD DOW, <br><br> Plaintiff <br><br> v. <br><br> IRA BRANNON, et al., <br><br> Defendants | Case No. 3:23-cv-00621-ART-CSD <br><br> **ORDER** |

On November 13, 2024, the Court issued an order lifting the stay in this case and putting the case back on a normal litigation track. (ECF No. 18). The Court's order came back as undeliverable to Plaintiff's address. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. . . . Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

According to the Nevada Department of Corrections online inmate database, Plaintiff is being housed at High Desert State Prison. In light of Plaintiff's pro se status, the Court will direct the Clerk of the Court to send a one-time courtesy copy of this order, and the Court's previous order lifting the stay in this case, to Plaintiff at High Desert State Prison. However, Plaintiff must file a notice updating his address with the Court on or before **December 16, 2024**. Any failure by Plaintiff to file his updated address with the Court in the future may result in dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file his updated address with the Court on or before **December 16, 2024**.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to send a courtesy copy of this order, as well as a courtesy copy of the Court's previous order lifting the stay (ECF No. 18) to Plaintiff at High Desert State Prison.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number.

DATED THIS 15th day of November 2024.

_____
UNITED STATES MAGISTRATE JUDGE