UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICHARD DOW,<br><br>                      Plaintiff,<br>    v.<br>IRA BRANNON, et al.,<br><br>                      Defendants. | Case No. 3:23-cv-00621-ART-CSD<br><br>ORDER |

The Complaint in this action was filed on August 2, 2024 (ECF No. 10). The Court issued a notice of intent to dismiss Michael Hodge under Fed. R. Civ. P. 4(m) unless proof of service is filed by April 16, 2025. (ECF No. 37.) The Court issued a second notice of intent to dismiss Michael Hodge under Fed. R. Civ. P. 4(m) unless proof of service is filed by August 7, 2025. (ECF No. 42.) To date, no such proof of service has been filed. Accordingly, it is therefore ordered that the claims against Michael Hodge are dismissed without prejudice.

DATED THIS 4th day of September 2025.

_____
Anne R. Traum
United States District Court Judge

1